UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEOPLES BANK OF THE SOUTH, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-1104 |
| ) | Judge Aleta A. Trauger |
| FISERV SOLUTIONS, INC., ) | |
| ) | |
|     Defendant. ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum, the court hereby **ENTERS** judgment for the plaintiff, Peoples Bank of the South, in the amount of $148,700 plus attorney's fees and costs. It is further **ORDERED** that the plaintiff shall file a motion for attorney's fees and costs no later than January 9, 2017, to which the defendant shall file a response no later than January 23, 2017.

Entry of this Order constitutes judgment in the case.

It is so **ORDERED**.

Enter this 16th day of December, 2016.

_____
ALETA A. TRAUGER
United States District Judge

1